SCWC-17-0000233

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

ROBERT A. BUKOSKI,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000233; CASE NO. 5DTA-16-00016)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant's application for writ

of certiorari, filed on April 27, 2018, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, June 13, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

